IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Boykin, Earldean

Printed: 8/19/08

Case Number: 08 B 09325
Judge: Goldgar, A. Benjamin
Filed: 4/16/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 8, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dollie I Warren-Reed | Administrative | 2,850.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Dyck O'Neal Inc | Secured | 0.00 | 0.00 |
| 4. | WFNNB/Harlem Furniture | Secured | 1,022.00 | 0.00 |
| 5. | Dyck O'Neal Inc | Secured | 15,134.93 | 0.00 |
| 6. | Countrywide Home Loans Inc. | Secured | 29,000.00 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 10,455.41 | 0.00 |
| 8. | American Express Centurion | Unsecured | 3,793.23 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 370.04 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 651.39 | 0.00 |
| 11. | Cavalry Portfolio Services | Unsecured | 24,313.95 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 400.87 | 0.00 |
| 13. | Baron's Creditor Svc | Unsecured |  | No Claim Filed |
| 14. | RWDS660-DSB | Unsecured |  | No Claim Filed |
| 15. | Great American Finance Company | Unsecured |  | No Claim Filed |
| 16. | Amco Corporation | Unsecured |  | No Claim Filed |
| 17. | HSBC | Unsecured |  | No Claim Filed |
| 18. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 87,991.82 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Boykin, Earldean | Case Number:  08 B 09325 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  8/19/08 | Filed:  4/16/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

